THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND *et al.*,<br><br>Plaintiffs,<br>v.<br><br>RECLAIM COMPANY LLC, a Washington limited liability company,<br><br>Defendant. | CASE NO. C20-0643-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' stipulation and notice of substitution of counsel (Dkt. No. 8). Having thoroughly considered the stipulation and the relevant record, the Court hereby ORDERS as follows:

1. Russell J. Reid and the law firm of McCarthy, Ballew & Leahy, LLP are granted leave to withdraw as counsel for Plaintiffs; and

2. Jane P. Ewers and the law firm of Turner, Stoeve & Gagliardi, P.S. are substituted as counsel for Plaintiffs.

//

MINUTE ORDER
C20-0643-JCC
PAGE - 1

DATED this 14th day of August 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C20-0643-JCC
PAGE - 2